UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CHARLES RENN, | No. C 11-3471 SI (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| R. GROUNDS, | |
| Respondent. | |

The petition for writ of habeas corpus has been dismissed. Judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED**.

DATED: March 21, 2012

_____
SUSAN ILLSTON
United States District Judge