1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 ANTHONY CHARLES RENN,          No. C 11-3471 SI (PR)

12          Petitioner,          **ORDER DENYING REQUEST FOR A CERTIFICATE OF**

13      v.                  **APPEALABILITY;**

14 R. GROUNDS,            **ORDER DENYING REQUEST TO PROCEED IN FORMA PAUPERIS ON**

15          Respondent.        **APPEAL**

16

17 _____/

18      The petition for writ of habeas corpus was dismissed as untimely, a certificate of

19 appealability ("COA") was denied, and judgment entered in favor of respondent on March 21,

20 2012.

21      Petitioner's motion for a COA (Docket No. 17) is DENIED as moot, the Court having

22 declined to issue a COA in the order of dismissal.

23      Petitioner's motion for leave to proceed *in forma pauperis* ("IFP") on appeal (Docket No.

24 18) is DENIED. The record shows no valid grounds on which an appeal can be based.

25 Consequently, the Court certifies that any appeal taken from the order of dismissal and judgment

26 of this action will not be taken in good faith and is therefore frivolous. Fed. R. App. P.

27 ("FRAP") 24(a)(3)(A); *Ellis v. United States*, 356 U.S. 674, 674–75 (1958); *Hooker v. American*

28

**United States District Court**
For the Northern District of California

1  *Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).  The Clerk shall forthwith notify plaintiff and the

2  Court of Appeals of this order.  *See* FRAP 24(a)(4).  Petitioner may file a motion for leave to

3  proceed IFP on appeal in the Court of Appeals within thirty days after service of notice of this

4  order.  *See* FRAP 24(a)(5).  Any such motion "must include a copy of the affidavit filed in the

5  district court and the district court's statement of reasons for its action."  *Id.*

6        The Clerk shall terminate Docket Nos. 17 and 18.

7

8  **IT IS SO ORDERED**.

9

10  DATED:  January 24, 2013

                                                  SUSAN ILLSTON
                                      United States District Judge

2